Case 2:23-mj-00865-JMW   Document 31   Filed 01/19/24   Page 1 of 1 PageID #: 178

FILED
CLERK
January 19, 2024
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA

- against -   Case No.: 2:23-mj-00865

QIN HUI,

SUBSTITUTION OF COUNSEL

Defendant.
-----------------------------------------------------------X

It is hereby agreed and consented that John S. Esposito, Arthur L. Aidala, Imran H. Ansari, and Michael T. Jaccarino of Aidala, Bertuna & Kamins, P.C. be replaced and substituted by Benjamin B. Xue of Xue & Associates, P.C. as attorney of record for Defendant Qin Hui.

Dated: January 16, 2024

OUTGOING ATTORNEYS:

Aidala, Bertuna & Kamins, P.C.

By: _____
John S. Esposito, Esq.
546 Fifth Avenue
New York, NY 10036
Tel:   (212) 486-0011
Email: arthur@aidalalaw.com

INCOMING ATTORNEY:

Xue & Associates, P.C.

By: _____
Benjamin B. Xue, Esq.
1 School Street, Suite 303A
Glen Cove, NY 11542
Tel:   (516) 595-8887
Email: BenjaminXue@XueLaw.Com

SO ORDERED:
/s/: James M. Wicks
James M. Wicks, USMJ
Dated: 1-19-2024
Central Islip, NY