BEFORE: LEE G. DUNST  DATE: 1/24/2024
UNITED STATES MAGISTRATE JUDGE  TIME: 11:30AM

# CRIMINAL CAUSE FOR STATUS

**DOCKET No.** 23-MJ-865

**DEFENDANT: Qin Hui**   **DEF. #**
☐ Present   ☐ Not Present   ☒ Custody   ☐ Bail/Surrender

**DEFENSE COUNSEL**: Jim Miskiewicz
☐ Federal Defender   ☒ CJA   ☐ Retained

**A.U.S.A.**:   Michael Maffei for Brad King

INTERPRETER:  Lily Lau, sworn (Language - Mandarin)

PROBATION OFFICER/PRETRIAL:

COURT REPORTER / FTR LOG:  11:55-12:00   MAGISTRATE DEPUTY: CT

☒  Case called   ☒  Counsel for all sides present

☒  Waiver of Speedy Indictment executed; time excluded from  1/24/2024  through 2/23/2024.

☐  Order Setting Conditions of Release and Bond entered.

☐  Permanent Order of Detention entered.

☐  Temporary Order of Detention entered.

☐  Detention Hearing scheduled for:

☐  Bail Hearing held.  Disposition:

☐  Next Court appearance scheduled for

Defendant  ☐  Released on Bond;  ☒  Remains in Custody.

OTHER: