UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------X
UNITED STATES OF AMERICA

    -v-

Qin Hui

----------------------------------------------X

WAIVER OF SPEEDY INDICTMENT

Case No. 23 MJ 865

    The United States of America and the defendant hereby jointly request that the time period from 12+/2024 to 2/23/2024 be excluded from the computation of the time period within which

(✓)    an information or indictment must be filed, or (XW)

( )    trial of the charges against the defendant must commence (XC)

The parties seek the exclusion of the foregoing period because:

(✓)    They are engaged in plea negotiations, which they believe are likely to result in a disposition of this case without trial, and they require an exclusion of time in order to focus efforts on plea negotiations without the risk that they would not, despite their diligence, have reasonable time for effective preparation of trial.

( )    They need additional time to prepare for trial due to the complexity of the case

( )    _____ .

_____
Counsel for Defendant

_____
For U.S. Attorney, E.D.N.Y.

*For defendant to read, review with counsel, and acknowledge:*

    I understand that federal law generally provides that I have a right to formal charges lodged against me within thirty days of my arrest and a right to trial on those charges within seventy days after formal charges have been lodged. I further understand that I do not have to consent to the exclusion of time sought in this application and that, by consenting to entry of this order, the date on which formal charges must be lodged will be delayed and the date for the commencement of any trial on those charges will likely be delayed as well. I also understand that if formal charges are not brought against me within the time required by law, I may seek relief

from the court, and that this relief might include dismissal of the complaint now pending against me.

I have reviewed this application, as well as the order annexed below, and have discussed the question of whether I should consent to entry of an order of excludable delay carefully with my attorney. I consent to the entry of the order voluntarily and of my own free will. I have not been threatened or coerced for my consent.

1/24/2024
Date

_____
Defendant

## ORDER OF EXCLUDABLE DELAY

Upon the joint application of the United States of America and defendant _____, the time period from 1/24/2024 to 2/23/2024 is hereby excluded in computing the time within which an information or an indictment must be filed, or a trial of the charges against the defendant must commence, as the Court finds that this exclusion of time serves the ends of justice and outweighs the best interest of the public and the defendant in a speedy trial because

(✓) given the reasonable likelihood that ongoing plea negotiations will result in the disposition of this case without trial, the exclusion of time will allow all counsel to focus on their efforts on plea negotiations without the risk that they would be denied the reasonable time necessary for effective preparation for trial, taking into account the exercise of due diligence.

( ) additional time is needed to prepare for trial due to the complexity of case.

( ) _____.

**SO ORDERED**

Date: 1/24/24

s/ Lee G. Dunst
_____
U.S. Magistrate Judge Lee G. Dunst